UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA            :
                                    :
        -against-                   :         ORDER
                                    :
Jerry Dombrowski                    :
                                    :         07 CR 600
                                    :         Docket #
------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/08


Scheindlin_____, DISTRICT JUDGE:
   Judge's Name


The C.J.A. attorney assigned to receive cases on this day,

Richard Jasper_____ is hereby ordered to assume

representation of the defendant in the above captioned

matter, NUNC-PRO-TUNC _____.


                                    SO ORDERED.

                                    _____
                                    UNITED STATES DISTRICT JUDGE


Dated:   New York, New York
         July 30, 2008